IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

HOWARD TERRY,

    Plaintiff

v.                                                          NO. 05-2283 B P

MEMPHIS HOUSING AUTHORITY,
ROBERT LIPSCOMB, in his official
Position as Executive Director,

    Defendants.

## ORDER EXTENDING TIME WITHIN WHICH TO FILE A RESPONSIVE PLEADING

Defendants Memphis Housing Authority and Robert Lipscomb have requested an extension up to and including July 5, 2005, within which to file a responsive pleading in this matter. For good cause shown, the Motion is hereby granted. Defendants shall have until July 5, 2005 within which to file a responsive pleading.

SO ORDERED this 15 day of June, 2005.

UNITED STATES ~~DISTRICT COURT~~ Magistrate JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-16-05

<sub></sub>
<sub></sub>
<sub></sub>
<sub></sub>

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02283 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

---

Nathan A. Bicks
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Wanda Abioto
LAW OFFICE OF WANDA ABIOTO
1555 Madison Ave.
Memphis, TN 38104

Lisa A. Krupicka
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT