IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⎯⎯ D.C.

05 JUL 19 PM 2:37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

HOWARD TERRY,

    Plaintiff,

v.                                            NO. 05-2283 B P

MEMPHIS HOUSING AUTHORITY, and
ROBERT LIPSCOMB, in his official
Position as Executive Director,

    Defendants.

## RULE 16(b) SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held July 21, 2005. Present were Wanda Abioto, counsel for plaintiff, and Lisa A. Krupicka of Burch, Porter & Johnson, PLLC, counsel for defendants. At the conference, the following dates were established as the final dates for:

INITIAL DISCLOSURES RULE 26(a)(1):           August 4, 2005

JOINING PARTIES:
    For Plaintiff:                         September 21, 2005
    For Defendant:                    October 21, 2005

AMENDING PLEADINGS:
    For Plaintiff:                         September 21, 2005
    For Defendant:                    October 21, 2005

INITIAL MOTIONS TO DISMISS:                October 21, 2005

COMPLETING ALL DISCOVERY:                March 21, 2006

    (a)    DOCUMENT PRODUCTION:            March 21, 2006

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-20-05

⑦

|       |                                                                                    |                    |
|-------|------------------------------------------------------------------------------------|--------------------|
| (b)   | DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS:                         | January 23, 2006   |
| (c)   | EXPERT WITNESS DISCLOSURE: (Rule 26)                                               |                    |
| (1)   | DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION:                              | January 23, 2006   |
| (2)   | DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION:                              | February 23, 2006  |
| (3)   | EXPERT WITNESS DEPOSITIONS:                                                        | March 23, 2006     |

FILING DISPOSITIVE MOTIONS:                                                           April 24, 2006

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within thirty days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within thirty days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for **JURY TRIAL**, and the trial is expected to last **3-4 days**. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have/have not consented to trial before the magistrate judge.

2

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

*[signature]*

TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

July 19, 2005
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02283 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Lisa A. Krupicka
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Wanda Abioto
LAW OFFICE OF WANDA ABIOTO
1555 Madison Ave.
Memphis, TN 38104

Nathan A. Bicks
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT