IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ mv ___ D.C.

05 AUG 10 PM 3: 48

CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

HOWARD TERRY, )
)
Plaintiff, )
)
vs. )   Civ. No. 05-2283-B/P
)
MEMPHIS HOUSING AUTHORITY, )
et al., )
)
Defendants. )

AMENDED SCHEDULING ORDER

The scheduling order is amended as follows:

(b) **DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS**: March 21, 2006

All other dates, including the August 14, 2006 trial date, shall remain the same.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

August 10, 2005
_____
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-11-05

(9)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02283 was distributed by fax, mail, or direct printing on August 11, 2005 to the parties listed.

---

Wanda Abioto
LAW OFFICE OF WANDA ABIOTO
1555 Madison Ave.
Memphis, TN 38104

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Nathan A. Bicks
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Lisa A. Krupicka
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT