IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

HOWARD TERRY,

    Plaintiff,

v.   No. 05-2283 B P

MEMPHIS HOUSING AUTHORITY,
ROBERT LIPSCOMB, in his official
Position as Executive Director,

    Defendants.

---

ORDER TO SHOW CAUSE WHY DEFENDANT'S MOTION
TO DISMISS SHOULD NOT BE GRANTED

---

Before the Court is the July 5, 2005 motion of the Defendants, Memphis Housing Authority ("MHA") and Robert Lipscomb ("Lipscomb"), in his official capacity as Executive Director of MHA, to dismiss. According to the Court's docket, no response has been filed on behalf of the Plaintiff, even though the deadline for such a response has expired.[1]

Accordingly, the Plaintiff is hereby directed, within eleven (11) days of the entry hereof, to show cause why the motion referenced herein should not be granted. Failure of the Plaintiff to comply in a timely manner with this order may result in dismissal with prejudice of the Plaintiff's claims.

IT IS SO ORDERED this ____ day of November, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

---

[1] Under the Local Rules of this district, responses to motions to dismiss "must be filed within thirty days of service of the motion." LR7.2, Local Rules of the U.S. Dist. Ct. for the W. Dist. of Tenn.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02283 was distributed by fax, mail, or direct printing on November 23, 2005 to the parties listed.

---

Lisa A. Krupicka
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Nathan A. Bicks
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Wanda Abioto
LAW OFFICE OF WANDA ABIOTO
1555 Madison Ave.
Memphis, TN 38104

Honorable J. Breen
US DISTRICT COURT