IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

HOWARD TERRY,

   Plaintiff,

vs.           Civ. No. 05-2283-B/P

MEMPHIS HOUSING AUTHORITY,
ROBERT LIPSCOMB, in his
official Position as Executive
Director,

   Defendants.

## ORDER GRANTING DEFENDANTS' MOTION TO COMPEL AND FOR SANCTIONS

Before the court is the Motion to Compel and for Sanctions submitted by Defendants, Memphis Housing Authority and Robert Lipscomb, in his official capacity. Local Rule 7.2(a)(2) requires that

> the response to the motion and its supporting memorandum . . . shall be filed within fifteen days after service of the motion and shall be accompanied by a proposed order. Failure to respond timely to any motion, other than one requesting dismissal of a claim or action, may be deemed good grounds for granting the motion.

The time for filing a response to defendants' motion to compel and sanctions has passed. Therefore defendants' motion to compel is GRANTED.

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 12-1-05

Accordingly, the court orders that plaintiff make his initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure within ten (10) days from the date of this Order. Failure to comply with this court's order shall result in dismissal of this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Defendants' request for attorneys fees is GRANTED. Defendants' counsel is hereby directed to provide the court with an itemized billing of attorney's fees incurred in preparing the motion to compel within fourteen (14) days of the entry of this order.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

December 1, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CV-02283 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Wanda Abioto
LAW OFFICE OF WANDA ABIOTO
1555 Madison Ave.
Memphis, TN 38104

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Nathan A. Bicks
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Lisa A. Krupicka
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT