UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY __ D.C.

05 DEC 14 PM 4: 32

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| HOWARD TERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 05-2283 B/P |
| | ) |
| MEMPHIS HOUSING AUTHORITY, | ) |
| ROBERT LIPSCOMB, in his official | ) |
| Position as Executive Director, | ) |
| | ) |
| Defendants. | ) |

ORDER AWARDING ATTORNEY FEES AND EXPENSES TO DEFENDANT
FOR AMOUNTS INCURRED IN PREPARING AND FILING
THE MOTION TO COMPEL

Before the court is the Affidavit of Lisa A. Krupika, Esquire, attorney for the defendants, filed December 13, 2005, in compliance with the court's December 1, 2005 order granting defendants' motion to compel and awarding attorney fees and expenses.

The affidavit sets forth total fees of $580.00 incurred in preparing and filing the motion to compel and for sanctions. The court finds the services rendered and the total attorney fees and expenses to be reasonable. However, to make the award of expenses just, pursuant to Fed. R. Civ. P. 37(a)(4)(A), the court will reduce the attorney's fees award to $290.00.

IT IS THEREFORE ORDERED, pursuant to Federal Rule of Civil Procedure 37(a)(4)(A), that plaintiff, Howard Terry, pay the

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-15-05



defendant, Memphis Housing Authority, the total sum of $290.00, within thirty days of the date of this order, for attorney fees incurred in preparing the motion to compel.

/s/ Tu M. Pham

TU M. PHAM
UNITED STATES MAGISTRATE JUDGE
DATE: December 14, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CV-02283 was distributed by fax, mail, or direct printing on December 15, 2005 to the parties listed.

---

Lisa A. Krupicka
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Nathan A. Bicks
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Wanda Abioto
LAW OFFICE OF WANDA ABIOTO
1555 Madison Ave.
Memphis, TN 38104

Honorable J. Breen
US DISTRICT COURT