IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

HOWARD TERRY,

    Plaintiff

v.                                    NO. 05-2283 B P

MEMPHIS HOUSING AUTHORITY,
ROBERT LIPSCOMB, in his official
Position as Executive Director,

    Defendants.

## ORDER GRANTING MOTION OF DEFENDANTS
## FOR LEAVE TO REPLY

This matter came before the Court upon the Motion of Defendants Memphis Housing Authority and Robert Lipscomb for Leave to Reply. Upon due consideration of the matter before the Court, and for good cause shown, Defendants' Motion is granted. Defendants are hereby granted leave to file Defendants' Reply Brief in Support of Motion to Dismiss.

_____
UNITED STATES DISTRICT JUDGE

DATE: 12/22/05

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-23-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CV-02283 was distributed by fax, mail, or direct printing on December 23, 2005 to the parties listed.

Lisa A. Krupicka
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Nathan A. Bicks
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Wanda Abioto
LAW OFFICE OF WANDA ABIOTO
1555 Madison Ave.
Memphis, TN 38104

Honorable J. Breen
US DISTRICT COURT